UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

Robert M. Waters, Jr., NH Bar #19082
Date Admitted to USDC Bar: 05/23/2011

DISCIPLINARY PROCEEDINGS
1:23-adr-08-LM

ORDER OF SUSPENSION

    This court was informed on December 11, 2023, by way of a certified copy of an order from the New Hampshire Supreme Court, that Robert M. Waters, Jr., was suspended from the practice of law in the State of New Hampshire. On December 19, 2023, this court issued an order to show cause why reciprocal discipline should not be imposed.

    Counsel for Attorney Waters filed a reply to the show cause order on January 16, 2024. The reply states that Attorney Waters does not object to the imposition of a reciprocal suspension, providing he is able to revisit his admission status after the resolution of his criminal trial.

    Attorney Waters is hereby suspended from the practice of law before the United States District Court for the District of New Hampshire. Regarding his ability to revisit his admission status after the resolution of his criminal case, to the extent that he is reinstated by the New Hampshire state bar, he may follow the procedures set forth in Local Rule 83.5, DR-8, to pursue reinstatement in the District of New Hampshire.

    SO ORDERED.

Dated: January 31, 2024

_____
Chief Judge Landya B. McCafferty

cc:    respondent
        U.S Bankruptcy Court for the District of New Hampshire
        U.S. Court of Appeals for the First Circuit
        American Bar Association (data bank)