UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

                                            DISCIPLINARY PROCEEDINGS
Robert M. Waters, Jr., NH Bar #19082        1:23-adr-08-LM
Date Admitted to USDC Bar: 05/23/2011

ORDER OF SUSPENSION

Attorney Robert M. Waters has been suspended from the bar of this court on an interim basis since January 31, 2024. On July 3, 2025, the New Hampshire Supreme Court issued a final order in the respondent's case, suspending him from the practice of law in the State of New Hampshire for two years. On July 17, 2025, this court issued an order to show cause why reciprocal discipline should not be imposed.

The order was issued via certified mail to the respondent's counsel of record. On July 23, 2025, counsel filed a notice of withdrawal. The show cause order was reissued and sent directly to the respondent on August 22, 2025. USPS tracking indicates the order was delivered on August 25, 2025.

Local Rule (LR) 83.5, DR-3(a) states: "Any attorney admitted to practice before this court shall, upon being subjected to public discipline by any other court of the United States or the District of Columbia, or by a court of any state, territory, commonwealth or possession of the United States, promptly inform the clerk of this court of such action." No such notice was ever received from the respondent-attorney.

As the respondent failed to comply with the notice provision of LR 83.5, DR 3(a), and did not respond to this court's order to show cause, he is hereby suspended from the practice of law before the United States District Court for the District of New Hampshire until further order of this court. If the respondent is reinstated to the New Hampshire bar, he may seek reinstatement to the federal bar pursuant to LR 83.5, DR-8.

SO ORDERED.

Dated: October 24, 2025            _____
                                    Chief Judge Landya B. McCafferty

cc:      respondent
          U.S Bankruptcy Court for the District of New Hampshire
          U.S. Court of Appeals for the First Circuit
          American Bar Association (data bank)